**FILED
CLERK**

5/31/2022 12:37 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CESY GALEAS, on behalf of herself and all other persons similarly situated,

20-cv-4218 (JMA) (ARL)

              Plaintiff,

    -against-

AMNEAL PHARMACEUTICALS, INC.,

             Defendant.
-------------------------------------------------------------------------X

## STIPULATION OF DIMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Cesy Galeas and Defendant Amneal Pharmaceuticals, Inc., that the claims in this action shall be dismissed without prejudice, and with each party to bear its own costs and fees, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

    A facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

| | |
|---|---|
| Date: Hauppauge, New York<br>      May 27, 2022 | Date: Princeton, New Jersey<br>      May 27, 2022 |
| *David Barnhorn* (signature)<br>_____<br>David D. Barnhorn, Esq.<br>Peter A. Romero, Esq.<br>Law Office of Peter A. Romero PLLC<br>490 Wheeler Road, Suite 250<br>Hauppauge, New York 11788<br>Tel: (631) 257-5588 | *s/Saranne Weimer*<br>John T. McDonald, Esq.<br>Saranne Weimer, Esq.<br>Alexandra Manfredi, Esq.<br>Reed Smith, LLP<br>136 Main Street, Suite 250<br>Princeton, New Jersey 08540<br>Tel.: (609) 987-0050 |

                SO ORDERED.
                /s/ JMA, USDJ
                5/31/2022